IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY TAYLOR       :

    v.       :       NO. 11-CV-7413

NCO FINANCIAL SYSTEMS, INC.       :

              :

## JUDGMENT

BEFORE SLOMSKY, J.

    AND NOW, to wit, this 29th day of March, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_/s/ Richard Sabol_
Richard Sabol, Deputy Clerk

judg