# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY TAYLOR,

      Plaintiff,

v.                        Case No.: 2:11-cv-7413-JHS

NCO FINANCIAL SYSTEMS, INC.

      Defendant.

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: May 30, 2012
                              /S/ Craig Thor Kimmel
                              Craig Thor Kimmel
                              Attorney ID: 57100
                              Kimmel & Silverman, P.C.
                              30 E. Butler Pike
                              Ambler, PA 19002
                              Phone: (215) 540-8888
                              Fax: (215) 540-8817
                              Email: kimmel@creditlaw.com